

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00856-CV

**IN RE** Ropal **ANDERSON**,
Gerald Busch and Hortencia Morales

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On January 2, 2015, relators filed a second emergency motion for temporary relief in this mandamus proceeding. The court has considered relators' motion, and the response and reply of the parties. Relators' second emergency motion for temporary relief is DENIED.

The petition for writ of mandamus remains pending before the court.

It is so **ORDERED** on January 5th, 2015.          PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI, styled *In re Matthew Hileman*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.